# EXHIBIT A

# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil - Case and Transaction Information            1/23/19 11:09 AM

| Cause Number: | 236-304857-18 | | Date Filed: 12-10-2018 |
|---|---|---|---|
| WAGNER OIL COMPANY | | |VS| | FEDERAL INSURANCE COMPANY, ET AL |

Cause of Action:      CONTRACT, INSURANCE
Case Status:         PENDING

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|---|
| 12-10-2018 | PLTF'S ORIG PET | N | 1 | 289.00 | |
| 12-10-2018 | COURT COST (PAID) trans #1 | Y | | | 289.00 |
| 12-10-2018 | CIVIL CASE INFO SHEET | 1 | | | 0.00 |
| 12-10-2018 | JURY FEE | N | | 40.00 | |
| 12-10-2018 | COURT COST (PAID) trans #4 | Y | | | 40.00 |
| 01-22-2019 | SVC REQ FORM (DOC PROD CKG) | 1 | | | 0.00 |
| 01-22-2019 | CITATION TO COMMISSIONER OF INSURANCE | N | Svc | 8.00 | |
| 01-22-2019 | COURT COST (PAID) trans #7 | Y | | | 8.00 |

**District Clerk's Office**

Tom Vandergriff Civil Courts Building

100 N. Calhoun St., 2nd Floor, Fort Worth, Texas 76196, Contact Us

Please send questions and comments regarding the District Clerk web site to District Clerk Webmaster